FILED

09/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0257

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0257

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RICHARD LEE TOME,

Defendant and Appellant.

**GRANT OF EXTENSION**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 19, 2020, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 16 2020